

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00113-CV

| | | |
|---|---|---|
| MARJORIE ANDERSON, Appellant | § | On Appeal from the 96th District Court |
| v. | § | of Tarrant County (096-283926-16) |
| | § | May 23, 2019 |
| SAFEWAY TOM THUMB, D/B/A TOM THUMB GROCERY, AND BARGREEN ELLINGSON, INC., Appellees | § | Per Curiam |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's orders. It is ordered that the trial court's order granting Safeway Tom Thumb's motion for summary judgment and the trial court's order granting Bargreen Ellingson, Inc.'s special appearance are affirmed.

It is further ordered that Appellant Marjorie Anderson shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM